# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORR WATER DITCH CO., *et al.*,

    Defendants.

In Re: Nevada State Engineer Approval of Application Nos. 78505T and 78506T

Case No. 2:73-cv-0003-LDG
In Equity A-3-LDG

Subfile: 3:73-cv-0027-LDG

**ORDER**

The Petitioner, Truckee-Carson Irrigation District, having voluntarily withdrawn its petition for judicial review of the State Engineer's approval of Temporary Change Applications Nos. 78505T and 78506T, therefore

THE COURT **ORDERS** that the Petition is DISMISSED, with the parties to bear their own costs and fees.

DATED this ____ day of June, 2012.

_____
Lloyd D. George
United States District Judge